FILED IN OPEN COURT
ON ___11|4|25 BeL___
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:25-CR-108-FL-KS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | I N D I C T M E N T |
| | ) | |
| CHRISTOPHER STEVEN LANCASTER | ) | |
| | ) | |

The Grand Jury charges:

## COUNT ONE

Beginning on or about October 4, 2025 and continuing until on or about October 6, 2025, in the Eastern District of North Carolina and elsewhere, the defendant, CHRISTOPHER STEVEN LANCASTER, with the intent to harass and intimidate another person, D.L. and C.O., used facilities of interstate or foreign commerce, including phone calls and text messages, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to D.L. and C.O., to wit: leaving multiple voicemails threatening to have the D.L. ~~defendant~~ arrested, mentioning his firearm and that D.L.'s DNA is on the firearm, sending full nude photos of himself to C.O.'s phone, discussing where D.L. lives with his family, threatening to have D.L. assaulted, all in violation of Title 18, United States Code, Sections 2261A(2).

1

## COUNT TWO

On or about September 25, 2025, in the Eastern District of North Carolina and elsewhere, the defendant, CHRISTOPHER STEVEN LANCASTER, did threaten to assault, kidnap, and murder A.W., a Registered Nurse with the United States Department of Veteran's Affairs (VA), and other staff at the VA, while A.W. was engaged in and on account of the performance of A.W.'s official duties, with the intent to retaliate against the United States Department of Veterans Affairs account of the performance of their official duties, in violation of Title 18, United States Code, Sections 115(a)(1)(B).

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

<u>4 Nov 2025</u>
DATE

W. ELLIS BOYLE
United States Attorney

BY: Ashley Foxx
Assistant United States Attorney

2